IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CIGNA CORPORATION, | § | |
| | § | |
| Appellant, | § | No. 364, 2020 |
| | § | |
| v. | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| ANTHEM, INC. and | § | |
| ANTHEM MERGER SUB CORP., | § | C.A. No. 2017-0114 |
| | § | |
| Appellees. | § | |

Submitted: April 14, 2021
Decided: May 3, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices, constituting the Court *en banc*.

# **O R D E R**

This 3rd day of May, 2021, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated August 31, 2020 and its Order and Final Judgment dated October 1, 2020;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice